**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-41207-CAD |
| | § | |
| GELILA TEKESTE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/28/2013, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/05/2013            By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §     Case No. 12-41207-CAD
                                     §
GELILA TEKESTE                       §
                                     §
                                     §
               Debtor(s)             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $2,956.19
*and approved disbursements of*                             $7.53
*leaving a balance on hand of[1]:*                      $2,948.66

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                  $0.00
Remaining balance:                                  $2,948.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $739.05 | $0.00 | $739.05 |
| David P. Leibowitz, Trustee Expenses | $4.48 | $0.00 | $4.48 |

Total to be paid for chapter 7 administrative expenses:    $743.53
Remaining balance:                                       $2,205.13

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                         $2,205.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,205.13 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $74,806.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $12,064.22 | $0.00 | $355.64 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $3,285.99 | $0.00 | $96.86 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | $53.35 | $0.00 | $1.57 |
| 4 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | $21,731.93 | $0.00 | $640.61 |
| 5 | Sallie Mae | $24,152.27 | $0.00 | $711.95 |
| 6 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $7,446.81 | $0.00 | $219.51 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $3,798.81 | $0.00 | $111.98 |
| 8 | Portfolio Investments II LLC/ Sam's Club | $2,273.29 | $0.00 | $67.01 |

|  | Total to be paid to timely general unsecured claims: | $2,205.13 |
|---|---|---|
|  | Remaining balance: | $0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-41207-CAD
Gelila Tekeste                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: dross              Page 1 of 3           Date Rcvd: Aug 06, 2013
                            Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
```
db         +Gelila Tekeste,    3610 Watkins Court,    Markham, IL 60428-5448
19577694   ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,   RICHMOND VA 23230-1654
             (address filed with court: Allied International Credit Corp,    6800 Paragon Place, #400,
             Richmond, VA 23230)
19577702   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA Card Services NA,    Bank of America,    PO Box 982238,
             El Paso, TX 79998)
19577695   +Blatt, Hasenmiller, Leibsker Moore,    125 S. Wacker Dr. #400,    Chicago, IL 60606-4440
19577696   +Blitt & Gaines PC,    661 Glenn Ave,   Wheeling, IL 60090-6017
19577698   +Chase,   PO Box 24696,    Columbus, OH 43224-0696
19577697   +Chase,   Chase Records Center,   Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
19577699   +Chase Bank USA,    PO Box 15298,   Wilmington, DE 19850-5298
19577700    Citibank South Dakota NA,    PO Box 6241,   Sioux Falls, SD 57117-6241
19577701   +Client Services Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
19949025    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19577703   +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
19577704   +GC Services,    6330 Gulfton,   Houston, TX 77081-1198
19632047   +JPMorgan Chase Bank National Association,    C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4373
19577706   +MRS Associates of New Jersey,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
19577707   +NES of Ohio,    PO Box 1022,   Wixom, MI 48393-1022
19577709    The Student Loan Corporation,    Citibank, N.A.,    PO Box 6191,   Sioux Falls, SD 57117-6191
19577711   +Universal Card/Citibank N.A.,    PO Box 6241,   Sioux Falls, SD 57117-6241
19577712   +Victoria's Secret,    PO Box 182789,   Columbus, OH 43218-2789
20152383    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19577705   +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:34:16     GECRB Sams Club,    PO Box 965005,
             Orlando, FL 32896-5005
19894883   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 07 2013 02:14:08
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20181875    E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2013 02:32:32     Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19944027    E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2013 02:25:36
             Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
19976910   +E-mail/PDF: pa_dc_claims@salliemae.com Aug 07 2013 02:34:32     Sallie Mae,    c/o Sallie Mae Inc.,
             220 Lasely Ave.,    Wilkes-Barre, PA 18706-1496
19577708    E-mail/PDF: pa_dc_claims@salliemae.com Aug 07 2013 02:33:15     Sallie Mae Servicing Corporation,
             PO Box 9500,    Wilkes Barre, PA 18773-9500
19577710   +E-mail/Text: bnc@ursi.com Aug 07 2013 02:23:33     United Recovery Systems, LP,
             5800 North Course Drive,    Houston, TX 77072-1613
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20152384*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dross              Page 2 of 3           Date Rcvd: Aug 06, 2013
                              Form ID: pdf006          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: dross               Page 3 of 3              Date Rcvd: Aug 06, 2013
                               Form ID: pdf006           Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com,   northerndistrict@atty-pierce.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Susan A Goreczny    on behalf of Debtor Gelila  Tekeste susan804@ameritech.net
                                                                                             TOTAL: 5
```