**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-41207-CAD |
| | § | |
| GELILA TEKESTE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $169,018.74 | Assets Exempt: | $61,797.26 |
| Total Distributions to Claimants: | $2,205.13 | Claims Discharged Without Payment: | $159,208.83 |
| Total Expenses of Administration: | $751.06 | | |

3) Total gross receipts of $2,956.19 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,956.19 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $326,956.24 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $751.06 | $751.06 | $751.06 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $86,607.29 | $74,806.67 | $74,806.67 | $2,205.13 |
| **Total Disbursements** | $413,563.53 | $75,557.73 | $75,557.73 | $2,956.19 |

4). This case was originally filed under chapter 7 on 10/17/2012. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/14/2013</u>         By:  <u>/s/ David P. Leibowitz</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2012 federal and state income tax refund | 1124-000 | $2,956.19 |
| **TOTAL GROSS RECEIPTS** | | **$2,956.19** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $264,183.78 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $43,284.69 | NA | $0.00 | $0.00 |
| | Ford Motor Credit | 4110-000 | $19,487.77 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,956.24** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $739.05 | $739.05 | $739.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.48 | $4.48 | $4.48 |
| Green Bank | 2600-000 | NA | $7.53 | $7.53 | $7.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$751.06** | **$751.06** | **$751.06** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and | 7100-900 | NA | $12,064.22 | $12,064.22 | $355.64 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | assigns as assignee of Citibank, N.A. | | | | | |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | NA | $3,285.99 | $3,285.99 | $96.86 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-900 | NA | $53.35 | $53.35 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; Quantum3 Group LLC as agent for Comenity Bank) | 7100-901 | $0.00 | $0.00 | $0.00 | $1.57 |
| 4 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | 7100-000 | NA | $21,731.93 | $21,731.93 | $640.61 |
| 5 | Sallie Mae | 7100-000 | NA | $24,152.27 | $24,152.27 | $711.95 |
| 6 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | NA | $7,446.81 | $7,446.81 | $219.51 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | NA | $3,798.81 | $3,798.81 | $111.98 |
| 8 | Portfolio Investments II LLC/ Sam's Club | 7100-900 | NA | $2,273.29 | $2,273.29 | $67.01 |
| | Chase Bank USA | 7100-000 | $7,446.81 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $1,000.42 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $3,798.81 | NA | NA | $0.00 |
| | Chase Bank USA | 7100-000 | $10,726.55 | NA | NA | $0.00 |
| | Citibank South Dakota NA | 7100-000 | $3,285.99 | NA | NA | $0.00 |
| | FIA Card Services NA | 7100-000 | $21,713.00 | NA | NA | $0.00 |
| | GECRB Sams Club | 7100-000 | $2,196.39 | NA | NA | $0.00 |
| | Sallie Mae Servicing Corporation | 7100-000 | $23,475.19 | NA | NA | $0.00 |
| | The Student Loan Corporation | 7100-000 | $840.91 | NA | NA | $0.00 |
| | Universal Card/Citibank | 7100-000 | $12,064.22 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| N.A. Victoria's Secret | 7100-000 | $59.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $86,607.29 | $74,806.67 | $74,806.67 | $2,205.13 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-41207-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TEKESTE, GELILA | Date Filed (f) or Converted (c): | 10/17/2012 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 03/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single family residence Location: 3610 Watkins Court, Markham IL 60428 | $170,000.00 | $0.00 | | $0.00 | FA |
| 2  Savings account, ING Direct, Acct. No. 7911 | $30.31 | $0.00 | | $0.00 | FA |
| 3  Joint checking account with Michael Haddon, Chase Bank, Acct. No. 9355 | $34.89 | $0.00 | | $0.00 | FA |
| 4  Checking and savings account, Chase Bank, Acct. No. 1987 | $1,176.52 | $0.00 | | $0.00 | FA |
| 5  Savings account, Chase Bank, Acct. No. 4774 | $67.02 | $0.00 | | $0.00 | FA |
| 6  Chase savings account, held by debtor for her daughter, under IUTMA, acct. no. 9506 | $48.00 | $0.00 | | $0.00 | FA |
| 7  3 couches, bookcase, table, TV, table & 4 chairs, silverware, 3 beds, dresser, kitchen table & 3 chairs, microwave, refrigerator, dishwasher, washer, dryer, stove, dishes, vacuum cleaner, iron, desktop computer, misc goods | $710.00 | $0.00 | | $0.00 | FA |
| 8  Books, picture frames, compact disc | $100.00 | $0.00 | | $0.00 | FA |
| 9  Debtors wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 10  Ring, earrings, misc costume jewelry | $75.00 | $0.00 | | $0.00 | FA |
| 11  Camera | $30.00 | $0.00 | | $0.00 | FA |
| 12  Thrift Plan Account adminstered by Hewitt Associates, vested balance as of 10-01-12 | $24,936.18 | $0.00 | | $0.00 | FA |
| 13  Retirement Account adminstered by Hewitt Associates, non-vested account | $14,646.08 | $0.00 | | $0.00 | FA |
| 14  2008 Ford Edge | $12,092.00 | $0.00 | | $0.00 | FA |
| 15  2012 federal and state income tax refund | $6,670.00 | $4,326.74 | | $2,956.19 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

| | $230,816.00 | $4,326.74 | | $2,956.19 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

02/28/2013    Tax Intercept

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 12-41207-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TEKESTE, GELILA | Date Filed (f) or Converted (c): | 10/17/2012 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 03/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

03/21/2013    Requested copy of 2012 tax return

04/01/2013    Total refunds: $6,670 divided by 365 times 290 = $5,299.45 minus $2,343.26 exemption = $2,956.19.

06/18/2013    TFR completed for Trustee's review.

**Initial Projected Date Of Final Report (TFR):**    12/31/2013    /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**    DAVID LEIBOWITZ

| Case No. | 12-41207-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | TEKESTE, GELILA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8575 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/17/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2013 | (15) | GELILA TEKESTE | Non-exempt portion of tax refund | 1124-000 | $2,956.19 | | $2,956.19 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.46 | $2,953.73 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.07 | $2,948.66 |
| 08/29/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $739.05 | $2,209.61 |
| 08/29/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.48 | $2,205.13 |
| 08/29/2013 | 3003 | FIA CARD SERVICES, N.A. as successor in | Claim #: 4; Amount Claimed: 21,731.93; Amount Allowed: 21,731.93; Distribution Dividend: 2.95; | 7100-000 | | $640.61 | $1,564.52 |
| 08/29/2013 | 3004 | Sallie Mae | Claim #: 5; Amount Claimed: 24,152.27; Amount Allowed: 24,152.27; Distribution Dividend: 2.95; | 7100-000 | | $711.95 | $852.57 |
| 08/29/2013 | 3005 | eCAST Settlement Corporation, assignee of | Claim #: 6; Amount Claimed: 7,446.81; Amount Allowed: 7,446.81; Distribution Dividend: 2.95; | 7100-900 | | $219.51 | $633.06 |
| 08/29/2013 | 3006 | eCAST Settlement Corporation, assignee of | Claim #: 7; Amount Claimed: 3,798.81; Amount Allowed: 3,798.81; Distribution Dividend: 2.95; | 7100-900 | | $111.98 | $521.08 |
| 08/29/2013 | 3007 | Portfolio Investments II LLC/ Sam's Club | Claim #: 8; Amount Claimed: 2,273.29; Amount Allowed: 2,273.29; Distribution Dividend: 2.95; | 7100-900 | | $67.01 | $454.07 |
| 08/29/2013 | 3008 | PYOD, LLC its successors and assigns as assignee of | Claim #: 1; Amount Claimed: 12,064.22; Amount Allowed: 12,064.22; Distribution Dividend: 2.95; | 7100-900 | | $355.64 | $98.43 |
| 08/29/2013 | 3009 | PYOD, LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 3,285.99; Amount Allowed: 3,285.99; Distribution Dividend: 2.95; | 7100-900 | | $96.86 | $1.57 |
| 08/29/2013 | 3010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.57 | $0.00 |
| | | | Claim Amount $(1.57) | 7100-901 | | | $0.00 |
| | | | **TOTALS:** | | $2,956.19 | $2,956.19 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,956.19 | $2,956.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,956.19 | $2,956.19 | |

| For the period of 10/17/2012 to 10/14/2013 | | For the entire history of the account between 04/08/2013 to 10/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,956.19 | Total Compensable Receipts: | $2,956.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,956.19 | Total Comp/Non Comp Receipts: | $2,956.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,956.19 | Total Compensable Disbursements: | $2,956.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,956.19 | Total Comp/Non Comp Disbursements: | $2,956.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-41207-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TEKESTE, GELILA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8575 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,956.19 | $2,956.19 | $0.00 |

**For the period of 10/17/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,956.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,956.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,956.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,956.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/17/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,956.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,956.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,956.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,956.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ